NR
F. #2020R00040

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. **1:21-cr-00138(CBA)(LB)**

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 15, 2021

                                    SETH D. DuCHARME
                                    Acting United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                By:    *Nathan Reilly*
                        Nathan Reilly
                        Assistant United States Attorney
                        (718) 254-6196

Cc:    Clerk of the Court
        Glen Kopp, Esq.